**2017–0503.   State ex rel. Hillman v. Franklin Cty. Common Pleas Adm. Judge.**
In Procedendo. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0578.   State ex. rel. Zimpfer v. Jackson Twp. Police Dept.**
In Mandamus. On answer of respondents. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, FISCHER, and DEWINE, JJ., concur.
O'NEILL, J., dissents.

**2017–0412.   In re Application of Black Fork Wind Energy, L.L.C.**
Power Siting Board, No. 10–8265–EL–BGN. On motion to dismiss of Ohio Power Siting Board. Motion denied. On motion to dismiss of Black Fork Wind Energy, L.L.C. Motion denied.

**2017–0581.   Hashash v. Food Mart Plus, Inc.**
Cuyahoga App. No. 104552, 2017-Ohio-1158. On motion to increase bond. Motion denied.

**2017–0638.   Struckman v. Teays Valley Local School Dist. Bd. of Edn.**
Pickaway App. No. 16CA10, 2017-Ohio-1177. On motion to remand. Motion denied.

**2017–0642.   State v. Bennett.**
Scioto App. No. 16CA3765, 2017-Ohio-574. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days of the date of this entry.

O'DONNELL, FRENCH, and DEWINE, JJ., dissent.

**2017–0755.   State v. Ammiyhuwd.**
Butler App. No. CA2016–08–151. On emergency motion to stay. Motion denied.

O'NEILL, J., dissents.

**2016–1891.   State v. Martin.**
Summit App. No. 27789, 2016-Ohio-7764.

O'CONNOR, C.J., and KENNEDY and DEWINE, JJ., dissent.

**2017–0200.   State v. Mason.**
Marion App. No. 9–16–34, 2016-Ohio-8400.

O'DONNELL and KENNEDY, JJ., dissent.

**2016–0990.   State v. Cunningham.**
Allen App. No. 1–15–61, 2016-Ohio-3106.

O'NEILL, J., dissents.

**2016–1263.   State v. Waddy.**
Franklin App. No. 15AP–397, 2016-Ohio-4911.

O'NEILL, J., dissents.

**2016–1648.   Fisher v. Doe.**
Hamilton App. No. C–160226, 2016-Ohio-7383.

FRENCH and O'NEILL, JJ., dissent.
FISCHER, J., not participating.